SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>       Plaintiff,<br><br>   vs.<br><br>CRP Properties, Inc.,<br><br>       Defendant | Case No. **2:11-cv-00896-WBS-EFB**<br><br>**ORDER RE: PLAINTIFF'S REQUEST FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS** |

   IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than February 8, 2012. The Scheduling Conference is continued to **February 21, 2012 at 2:00 p.m.** pending the submission of the dismissal in this action.

                    Date:   September 14, 2011

                    *[signature]*
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE PLAINTIFF'S REQUEST FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS

CIV: S-11-cv-00896-WBS-EFB- 1